No. 336. PETERSON ET AL. *v.* THARP. C. A. 5th Cir. Certiorari denied. *Ellis F. Morris* for petitioners. *W. Ervin James* for respondent.

No. 338. BROOKS ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Robert E. Lillard* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 343. AKSHUN MANUFACTURING CO. ET AL. *v.* NORTH STAR ICE EQUIPMENT CO. C. A. 7th Cir. Certiorari denied. *William VanDercreek* and *J. Warren McCaffrey* for petitioners. *John Rex Allen* for respondent.

No. 346. SANTA MARIA SHIPOWNING & TRADING CO., S. A., ET AL. *v.* PANTELOGLOU ET AL. C. A. 2d Cir. Certiorari denied. *Robert C. Thomson, Jr.* for petitioners. *Edward B. Joachim* for respondents.

No. 348. LUNDBERG, ADMINISTRATRIX, *v.* ROSE FUEL & MATERIALS, INC. C. A. 7th Cir. Certiorari denied. *Maurice N. Frank* for petitioner. *James J. Stewart* for respondent.

No. 358. AUDET ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *P. M. Barceloux* for petitioners. *Solicitor General Cox, Roger P. Marquis* and *Edmund B. Clark* for the United States.

No. 363. GINSBURG *v.* LING, U. S. DISTRICT JUDGE. C. A. 9th Cir. Certiorari denied. *Paul Ginsburg*, petitioner, *pro se.*